UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER 2:17-CR-390 |
| | § | |
| MARIA CANDELARIA LOSOYA | § | |

## STIPULATION REGARDING RESTITUTION

The United States of America, by and through Ryan K. Patrick, United States Attorney, and Zahra Jivani Fenelon, Assistant United States Attorney, for the Southern District of Texas, and Maria Candelaria Losoya, by and through her attorney, Richard Nunez, have entered into this Stipulation to Set Restitution. The terms of the Stipulation are as follows:

1. On August 1, 2017, the Defendant, Maria Candelaria Losoya, pled guilty to Count One of the Indictment which charged her with sex trafficking of a child in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), 1594(a) and 18 U.S.C. § 2. On October 8, 2019, Defendant's co-conspirator, David Keith Wills, was found guilty by a jury for sex trafficking of a child, among other counts.

2. On December 18, 2019, this Court sentenced Ms. Losoya to 180 months confinement and deferred the determination of restitution pursuant to 18 U.S.C. § 3664(d)(5).

3. On July 2, 2020, the United States filed a Notice of Restitution Request in Ms. Losoya's case, requesting $172,000 for the anticipated long-term therapy needs of Jane Doe, the minor victim that was sexually trafficked by Ms. Losoya and Mr. Wills. The restitution request was supported by an evaluation by Dr. John Adams, a child and adolescent psychiatrist at Bright Minds Family Psychiatry.

4. On July 30, 2020, the U.S. Probation Office filed an Amended Presentence Investigation Report (PSR) in Mr. Wills's case, which included the Government's restitution request of $172,000 for Jane Doe's anticipated therapy needs.

5. On September 22, 2020, Mr. Wills was sentenced and assessed $172,000 in restitution, to be paid joint and severally with Ms. Losoya.

6. Ms. Losoya agrees to pay $172,000 in restitution to Jane Doe, joint and severally with co-defendant David Keith Wills.

7. The Government supports this agreement regarding the resolution of its restitution request in Ms. Losoya's case.

8. Defendant agrees that the restitution payments shall be made to the Clerk of Court, U.S. District Court, Attention: Finance, P.O. Box 61010, Houston, TX 77208, who shall make payments to Liana Gonzales, ad litem for victim, Jane Doe, at 5337 Yorktown Blvd., Suite

5-3, Corpus Christi, Texas 78413.

9. Restitution is due in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program. Any balance remaining after release from imprisonment shall be due in equal monthly installments of $100, to commence 30 days after release from imprisonment to a term of supervision.

10. The parties respectfully ask the Court to include this Stipulation Regarding Restitution as part of Ms. Losoya's Judgment.

Respectfully submitted,

*s/ Zahra Jivani Fenelon*
Zahra Jivani Fenelon
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9309

*s/ Richard Nunez*
Richard Nunez
Attorney for Maria Candelaria Losoya
144 E. Price Road
Brownsville, Texas 78521
(956) 541-8502